STATE OF NEW JERSEY v. WILLIAM ROBERTSON.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE WALLER.

July 20, 1977. Petition for certification denied.

ANTHONY CASTAGNA v. CITY OF PLEASANTVILLE.

July 20, 1977. Petition for certification denied.

JULIETTE RYBECK v. RICHARD RYBECK.

July 20, 1977. Petition for certification denied. (See 150 *N. J. Super.* 151)

JOSE YI, MANNY DEPARA v.
FRED G. BURKE, COMMISSIONER OF EDUCATION.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS DELEASA.

July 20, 1977. Leave to appeal is granted and the order of the trial court admitting defendant to the Bergen County Pre-Trial Intervention Program is summarily reversed.